UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



SOUTHERN BANK & TRUST COMPANY,

        Plaintiff,

v.                              ACTION NO. 2:14cv254

PRIYAM, LLC, PRADIP SHAH,
VIJAY PATEL, and VIJAY SHAH,

        Defendants.

## FINAL ORDER

This matter comes before the court on plaintiff's Motion and for Default Judgment (ECF No. 8) filed September 18, 2014. The matter was referred to a United States Magistrate Judge by Order dated October 20, 2014 (ECF No. 11), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motions.

The United States Magistrate Judge's Report and Recommendation was filed on November 19, 2014. The magistrate judge recommended granting in part the plaintiff's Motion for Default Judgment, and that judgment be entered against defendants Priyam LLC, Pradip Shah, Vijay Patel, and Vijay Shah.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections

thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed November 19, 2014. Accordingly, the plaintiff's Motion for Default Judgment is **GRANTED IN PART**, and default judgment is entered against defendants Priyam, LLC, Pradip Shah, Vijay Patel, and Vijay Shah, as follows:

(1) the court **GRANTS** plaintiff's Motion for Default Judgment against defendant, Priyam, LLC, and **ENTERS** judgment in the amount of $859,369.39 plus $186,534.70 for interest through November 30, 2014, and interest at the judgment rate thereafter; and $81,484.50 in attorney's fees and cost.

(2) the court **GRANTS** plaintiff's Motion for Default Judgment against defendants, Vijay Patel and Vijay Shah, and **ENTERS** judgment in the amount of $859,369.39 plus $186,534.70 for interest through November 30, 2014, and interest at the judgment rate thereafter; and $81,484.50 in attorney's fees and costs.

(3) the court **GRANTS** plaintiff's Motion for Default Judgment against defendant, Pradip Shah, and **ENTERS** judgment in the amount of $429,684.70 plus $93,267.35 for interest through November 30, 2014, and interest at the judgment rate thereafter; and $81,484.50 in attorney's fees and costs.

The Clerk shall so enter judgment.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

December 16, 2014